IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MCSHANE CONSTRUCTION COMPANY, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:15-cv-305-WHA |
| | ) | |
| SENDERO INDUSTRIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Agreed Motion for Dismissal (Doc. #21), filed by the parties on July 13, 2015, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 14th day of July, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE